UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re )
)
EDWARD J. GRIESINGER ) Case No. 11-32693
MICHELLE L. GRIESINGER ) Chapter 13/llp
)
Debtor(s) )

### ORDER

At South Bend, Indiana, on July 18, 2011.

Debtor's application to pay filing fee in installments is approved. Debtor shall pay the filing fee to the clerk according to the following terms:

$ 274.00    ☐ With the filing of the petition, or
            X On or before 8/8/11

$          on or before

$          on or before

$          on or before

If the Debtor fails to pay any of the above installment payments when due, the court may dismiss this case without further notice or hearing. **Pursuant to Local Bankruptcy Rule B-5081-1(a), personal checks from debtors are not accepted.**

Further, until the filing fee is paid in full, the Debtor shall not make any additional payment or transfer any additional property to any attorney or any other person for services in connection with this case.

SO ORDERED.

_____
Harry C. Dees, Jr., Judge
United States Bankruptcy Court