UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| EDWARD J. GRIESINGER ) | Case No. 11-32693 |
| MICHELLE L. GRIESINGER ) | Chapter 13/llp |
| ) | |
| Debtor(s) ) | |

### ORDER DISMISSING CASE

At South Bend, Indiana, on **August 22, 2011.**

The court dismisses the above-captioned case for the debtor(s)' failure to pay the balance of the filing fee as directed by court order dated July 18, 2011. The automatic stay on creditor actions against the debtor(s) and the debtor(s)' property is removed pursuant to 11 U.S.C. § 362(c)(2)(B). The clerk is directed to give notice of the dismissal to all creditors. The court will not entertain a motion for reconsideration of this order of dismissal unless all unpaid fees are paid at the time the motion is made. Furthermore, in any future case debtor(s) may file, all filing fees must be paid in full upon filing the case and the debtor(s) shall not ask to pay those fees in installments. **The Clerk is directed to refuse any future case submitted for filing by the debtor(s) without payment in full of all past filing fees.**

Any wage deduction order which may be in force is terminated, effective with the date of this order.

The chapter 13 trustee shall file a chapter 13 final report and account as soon as practicable. Upon receipt of the trustee's final report and account, the case will be closed.

The unpaid filing fee of $274.00 remains due and owing notwithstanding the dismissal of the case. The clerk is permitted to proceed to collect the unpaid filing fee by whatever means are available, including turning the matter over to the United States Attorney, if appropriate.

SO ORDERED.

_____
HARRY C. DEES, JR.
JUDGE, UNITED STATES BANKRUPTCY COURT